**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Kylie MacLeod,<br><br>Plaintiff,<br><br>v.<br><br>Credit Systems International, Inc.,<br><br>Defendant. | Case No. 26-cv-4815<br><br>**DEFENDANT CREDIT SYSTEMS INTERNATIONAL, INC.'S NOTICE OF REMOVAL** |

TO: The Clerk of the United States District Court for the District of Minnesota; and Plaintiff Kylie MacLeod and her counsel of record, Todd Murray, Friedman Murray, PLLC.

PLEASE TAKE NOTICE that Defendant Credit Systems International, Inc. ("CSI"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removes the above-captioned action from the State of Minnesota, District Court, County of Hennepin, Fourth Judicial District, to the United States District Court for the District of Minnesota. In support of removal, CSI states as follows:

1. Plaintiff Kylie MacLeod ("Plaintiff") commenced this action by serving a Summons and Complaint on CSI on October 14, 2026. The service of the Summons and Complaint commenced an action in the Minnesota District Court, County of Hennepin, Fourth Judicial District. Copies of the Summons and Complaint, which constitute all process, pleadings, and orders served on CSI, are attached as Exhibit A. 28 U.S.C. § 1446(a).

2. As of the date of this filing, the Summons and Complaint have not been filed with the Hennepin County District Court. CSI has not answered the Complaint. Plaintiff's counsel granted CSI an extension of time to respond to the Complaint until December 4, 2026.

3. The Complaint asserts a single claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* This Court has original jurisdiction under 28 U.S.C. § 1331, and the action is removable under 28 U.S.C. § 1441(a).

4. This Court is the district court for the district embracing Hennepin County, where the action is pending. 28 U.S.C. §§ 103, 1441(a).

5. This Notice of Removal is timely because it is filed within thirty days after CSI was served. 28 U.S.C. § 1446(b)(1).

6. CSI is the only defendant.

7. Pursuant to 28 U.S.C. § 1446(d), CSI is giving written notice of this removal to Plaintiff and filing a copy of this Notice of Removal with the Hennepin County District Court. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit B.

8. CSI does not waive any defenses, objections, or motions, including under Fed. R. Civ. P. 12 and any right to compel arbitration.

WHEREFORE, CSI removes this action from the Hennepin County District Court to the United States District Court for the District of Minnesota.

Dated: November 13, 2026

Respectfully submitted,

ROSSMAN KIRK, PLLC

/s/ Trevor S. Johnson
Trevor S. Johnson (MN #0400849)
2626 E 82nd Street, Suite 135
Bloomington, MN 55425
(952) 960-8660
trevor.johnson@rossmankirk.com

*Attorney for Defendant Credit Systems International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I electronically filed the foregoing Notice of Removal, with its exhibits, with the Clerk of Court using the CM/ECF system, together with the Civil Cover Sheet and Rule 7.1 Disclosure Statement, and served a true and correct copy of the same on the following counsel for Plaintiff by electronic mail:

Todd Murray
Friedman Murray, PLLC
1400 Van Buren Street NE, Suite 200
Minneapolis, MN 55413
todd@friedmanmurray.com

/s/ Trevor S. Johnson