**STATE OF MINNESOTA**
**COUNTY OF HENNEPIN**

**DISTRICT COURT**
**FOURTH JUDICIAL DISTRICT**

Kylie MacLeod,

Plaintiff,

v.

Credit Systems International, Inc.,

Defendant.

Court File No.:
Case Type: Other Civil

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO: Court Administrator, Hennepin County District Court, Fourth Judicial District; and Plaintiff Kylie MacLeod and her counsel, Todd Murray, Friedman Murray, PLLC, 1400 Van Buren Street NE, Suite 200, Minneapolis, MN 55413.

PLEASE TAKE NOTICE that on November 13, 2026, Defendant Credit Systems International, Inc. filed a Notice of Removal of the above-captioned action in the United States District Court for the District of Minnesota, where it is pending as Case No. 26-cv-4815. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of the Notice of Removal with this Court and written notice to Plaintiff, effects the removal of this action, and this Court "shall proceed no further unless and until the case is remanded."

Dated: November 13, 2026

Respectfully submitted,

/s/Trevor S. Johnson
Trevor S. Johnson (MN #0400849)
ROSSMAN KIRK, PLLC
2626 E 82nd Street, Suite 135
Bloomington, MN 55425
(952) 960-8660
trevor.johnson@rossmankirk.com

*Attorney for Defendant Credit Systems International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I filed the foregoing Notice of Filing of Notice of Removal, with the Court Administrator for Hennepin County District Court, and served a true and correct copy of the same on the following counsel for Plaintiff by electronic mail:

Todd Murray
Friedman Murray, PLLC
1400 Van Buren Street NE, Suite 200
Minneapolis, MN 55413
todd@friedmanmurray.com

/s/Trevor S. Johnson